# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

September 30, 2016

**Before**

JOEL M. FLAUM, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 16-3076 | |
| RALPH D. ARMSTRONG,<br>*Plaintiff-Appellee,* | Appeal from the United States District Court for the Western District of Wisconsin. |
| *v.* | No. 3:12-cv-00426-bbc |
| MARION MORGAN,<br>*Defendant-Appellant.* | Barbara B. Crabb,<br>*Judge*. |

**O R D E R**

On consideration of appellant's petition for panel rehearing, filed on September 12, 2016, all judges on the original panel have voted to deny the petition.

Accordingly, the petition for panel rehearing filed by appellant Marion Morgan is DENIED.